IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

YOULANDA JONES and                                                    PLAINTIFFS
MIRENZO JONES

                                 CIVIL ACTION NO.:3:23-112-CWR-LGI

vs.

OMAR IDRIS MILES and SAFECO
INSURANCE COMPANY OF
ILLINOIS, A/K/A SAFECO
INSURANCE, A LIBERTY MUTUAL                                           DEFENDANTS
COMPANY

## AGREED FINAL JUDGMENT OF DISMISSAL

THIS CAUSE came before the Court upon the announcement of the parties that there has been a resolution of this matter as to Plaintiff, MIRENZO JONES' claims against Defendants. The Court being advised that Plaintiff MIRENZO JONES has agreed to an amicable resolution of this matter as to claims against Defendants finds this motion to be well-taken. It is therefore, ORDERED AND ADJUDGED that Plaintiff MIRENZO JONES' cause of action against Defendants, is hereby dismissed with prejudice, with each party to bear their own costs of court.

So ORDERED AND ADJUDGED, this the 18th day of _____July_____, 2023.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

_____
DON H. EVANS, MSB 5259
*Attorney for Plaintiff, Mirenzo Jones*

/s/ Mark E. Norton (with permission)
_____
MARK E. NORTON, MSB 101882
*Attorney for Defendant, Safeco Insurance Company of Illinois, a/k/a Safeco Insurance, A Liberty Mutual Company*


_____
CHRISTOPHER H. MURRAY, MSB 102779
*Attorney for Defendant, Omar Miles*